**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**District of New Jersey**

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| 1. **Debtor's name** | Hearing Associates LLC |
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | Associates In Hearing HealthCare |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 83-2039771 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 502 Sheppard Rd | 17 Acorn Hill Drive |
| Number      Street | Number      Street |
| | P.O. Box |
| Voorhees        NJ      08043 | Voorhees        NJ      08043 |
| City        State    ZIP Code | City        State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Camden County | |
| County | Number      Street |
| | City        State    ZIP Code |

| | |
|---|---|
| 5. **Debtor's website** (URL) | ears4you.com |
| 6. **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

| Debtor | Hearing Associates LLC | Case number (if known) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/ .

446199

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ / ____ / _____ Case number _____
MM / DD / YYYY

District _____ When _____ / ____ / _____ Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

District _____ When _____ / ____ / _____
MM / DD / YYYY

Case number, if known _____

| Debtor | Hearing Associates LLC | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

|  |  |
|---|---|
| Number | Street |

_____

| City | State | ZIP Code |

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☑ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

| Debtor | Hearing Associates LLC | Case number *(if known)* |
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/15/2023
              MM / DD / YYYY

✖ /s/ Jonathan S. Ayes
_____
Signature of authorized representative of debtor

Jonathan S. Ayes
_____
Printed name

Title  Owner

**18. Signature of attorney**

✖ /s/ Robert Johnson
_____
Signature of attorney for debtor

Date  08/15/2023
      MM / DD / YYYY

Robert Johnson
_____
Printed name

ROBERT H JOHNSON LLC
_____
Firm name

1818 Old Cuthbert Road Suite 107
_____
Number          Street

CHERRY HILL
_____
City

NJ        08034
_____  _____
State     ZIP Code

(856) 298-9328
_____
Contact phone

rjohnson@rhjlaw.com
_____
Email address

NJ - 0077
_____
Bar number

NJ
_____
State

| Fill in this information to identify the case: |
| --- |

Debtor name ___ Hearing Associates LLC _____

United States Bankruptcy Court for the: ___ District of New Jersey _____

(State)

Case number (If known): _____

☐ Check if this is an
amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

**Part 1:**   **Summary of Assets**

---

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B* ..................................................................................

$ _____ 0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*..................................................................................

$ _____ 563,790.00

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B* ..................................................................................

$ _____ 563,790.00

---

**Part 2:**   **Summary of Liabilities**

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ...............................

$ _____ 1,800,000.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 6a of *Schedule E/F*........................................................

$ _____ 0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ...............................

+$ _____ 3,403,637.17

4. **Total liabilities** ......................................................................................................................
    Lines 2 + 3a + 3b

$ _____ 5,203,637.17

**Fill in this information to identify the case:**

Debtor name _____Hearing Associates LLC_____

United States Bankruptcy Court for the: _District of New Jersey_____

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Cq Partners Po Box 347996 Pittsburgh, PA, 15251 | | Suppliers or Vendors | | | | 715,558.93 |
| 2 | U.S. Small Business Administration 409 3rd St, Sw Washington, DC, 20416 | | Sba Loan | | | | 500,000.00 |
| 3 | Corporate Turnaround 95 State Route 17 Paramus, NJ, 07652 | | Promised to help pay creditors | | | | 484,185.00 |
| 4 | Jonathan S. Ayes 17 Acorn Hill Drive Voorhees, NJ, 08043 | | Monies Loaned / Advanced | | | | 472,273.00 |
| 5 | Roc Funding Group c/o Heitner  & Breitstein 198 US 9 , Suite 207 Manalpan, NJ, 07726 | | Monies Loaned / Advanced | | | | 228,034.04 |
| 6 | Elevation Capital Group c/o Aubrey Thrasher 12 Powder Spring Street, Suite 240 Marietta  , GA, 30064 | | Monies Loaned / Advanced | | | | 187,050.00 |
| 7 | World Bank Of Israel 150 Clearbrook Rd, Suite 125 Elmsford, AK, 10523 | | Mortgage | | | | 111,186.49 |
| 8 | Andrea Ayes 17 Acorn Hill Drive Voorhees, NJ, 08043 | | Monies Loaned / Advanced | | | | 93,487.00 |

| Debtor | Hearing Associates LLC | | | |
| :-- | :-- | :-- | :-- | :-- |
| | Name | | Case number (if known) | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| :-- | :-- | :-- | :-- | :-- | :-- | :-- | :-- |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Lg Funding<br>c/o Joe Lieberman<br>Po Box 356<br>Cederhurst, NY, 11516 | | Monies Loaned / Advanced | | | | 70,186.01 |
| 10 | Pnc  (Loc)<br>Po Box 747032<br><br>Pittsburgh, PA, 15274 | | Unsecured Loan Repayments | | | | 51,212.90 |
| 11 | New Co Capital Group<br>c/o Ariel Bouskila<br>80 Broad Street, Suite 3303<br>New York, NY, 10004 | | Monies Loaned / Advanced | | | | 44,404.50 |
| 12 | Parkview Advance<br>c/o Erica Gilerman<br>515 Madison  Ave, Suite 8108<br>New York, NY, 10022 | | Monies Loaned / Advanced | | | | 37,899.03 |
| 13 | Chase Sapphire<br>Po Box 1423<br><br>Charlotte, NC, 28201 | | Credit Card Debt | | | | 34,057.12 |
| 14 | American Airlines Visa<br>Citi Cards<br>Po Box 9001037<br>Louisville, KY, 40290 | | Credit Card Debt | | | | 30,426.73 |
| 15 | Lethbridge Properties<br>600 N. Atlantic Ave<br>Unit 205<br>Collingswood, NJ, 08108 | | Rent To Previous Landlord | | | | 29,000.00 |
| 16 | Pnc ( Construction Loan)<br>Po Box  747066<br><br>Pittsburgh, PA, 15274 | | Construction Loan | | | | 28,759.08 |
| 17 | Toyota Visa<br>Po Box 650964<br><br>Dallas , TX, 75265 | | Credit Card Debt | | | | 27,743.25 |
| 18 | Audacy<br>2400 Market Street<br>4th Floor<br>Philadelphia , PA, 19103 | | Suppliers or Vendors | | | | 27,453.69 |
| 19 | Marriott Bonvoy<br>Po Box 1423<br><br>Charlotte, NC, 28201 | | Credit Card Debt | | | | 26,681.30 |
| 20 | 5 G Funding<br>c/o The Law Office Of Tara Pomarelli<br>30 Wall Street, 8th Floor<br>New York, NY, 10005 | | Collection Agency | | | | 24,940.74 |

**Fill in this information to identify the case:**

Debtor name ___Hearing Associates LLC___

United States Bankruptcy Court for the: ___District of New Jersey___

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**    $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Columbia Bank | Checking | 3  5  6  6 | $ 2,500.00 |
| 3.2. | First Harvest Credit Union | Checking | 1  0  1  0 | $ 125.00 |

4. **Other cash equivalents** *(Identify all)*

4.1. _____    $_____

4.2. _____    $_____

5. **Total of Part 1**    $ 2,625.00

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1. _____    $_____

7.2. _____    $_____

Debtor    Hearing Associates LLC
_____    Case number (if known)_____
Name

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1._____    $_____

   8.2._____    $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.    $_____

---

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

   ☑ No. Go to Part 4.

   ☐ Yes. Fill in the information below.

| | **Current value of debtor's interest** |
|---|---|

11. **Accounts receivable**

   11a. 90 days old or less:    _____  –  _____  = ........➔    $_____
                                face amount            doubtful or uncollectible accounts

   11b. Over 90 days old:       _____  –  _____  = ........➔    $_____
                                face amount            doubtful or uncollectible accounts

12. **Total of Part 3**

   Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $_____

---

**Part 4:    Investments**

13. **Does the debtor own any investments?**

   ☑ No. Go to Part 5.

   ☐ Yes. Fill in the information below.

| | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

   Name of fund or stock:

   14.1._____    _____    $_____

   14.2._____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

   Name of entity:                                        % of ownership:

   15.1._____    _____%    _____    $_____

   15.2._____    _____%    _____    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

   Describe:

   16.1._____    _____    $_____

   16.2._____    _____    $_____

17. **Total of Part 4**

   Add lines 14 through 16. Copy the total to line 83.    $_____

---

Debtor    Hearing Associates LLC _____    Case number (if known)_____
    Name

| **Part 5:** | **Inventory, excluding agriculture assets** |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** <br> Batteries <br> _____ | _____ MM / DD / YYYY | 500.00 <br> $_____ | _____ | 175.00 <br> $_____ |
| 20. **Work in progress** <br> _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** <br> Hearing Aid Chargers <br> _____ | _____ MM / DD / YYYY | 3,500.00 <br> $_____ | _____ | 3,500.00 <br> $_____ |
| 22. **Other inventory or supplies** <br> _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 24,675.00

24. **Is any of the property listed in Part 5 perishable?**

☐ No
☑ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☑ Yes. Book value 500.00 _____    Valuation method_____    Current value 175.00_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No
☐ Yes

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** <br> _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** Examples: Livestock, poultry, farm-raised fish <br> _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) <br> _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** <br> _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** <br> _____ | $_____ | _____ | $_____ |

Debtor _____    Case number (if known)_____
Hearing Associates LLC
Name

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 7:** Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>25 Desk/ Waiting Room Chairs | $ 500.00 | _____ | $ 1,200.00 |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>4 Audiology Booths | $ 20,000.00 | _____ | $ 7,000.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | · $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 12,700.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor _____ Case number (if known)_____
　　　　　Hearing Associates LLC
　　　　　Name

| **Part 8:** | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| | $_____ | _____ | $_____ |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor    Hearing Associates LLC _____    Case number (if known)_____
      Name

---

| **Part 9:** | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | $_____ | _____ | $_____ |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

                                                $_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

| **Part 10:** | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>Patient Database | $ 0.00 | | $ 150,000.00 |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | | $_____ |
| 65. **Goodwill**<br>Goodwill | $ 0.00 | | $ 373,790.00 |

66. **Total of Part 10.**

    Add lines 60 through 65. Copy the total to line 89.

                                                $ 523,790.00

Debtor  Hearing Associates LLC
        _____   Case number _(if known)_____
        Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No
☑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No
☑ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.
☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____  _____ – _____ = ➜  $_____
                                   Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| | | |
|---|---|---|
| _____ | Tax year _____ | $_____ |
| _____ | Tax year _____ | $_____ |
| _____ | Tax year _____ | $_____ |

73. **Interests in insurance policies or annuities**

_____          $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____          $_____

Nature of claim      _____
Amount requested     $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____          $_____

Nature of claim      _____
Amount requested     $_____

76. **Trusts, equitable or future interests in property**

_____          $_____

77. **Other property of any kind not already listed**  _Examples:_ Season tickets, country club membership

_____          $_____
_____          $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.          $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No
☐ Yes

Debtor _____    Case number _(if known)_____
        Hearing Associates LLC
        Name

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** _Copy line 5, Part 1._ | $ 2,625.00 | |
| 81. **Deposits and prepayments.** _Copy line 9, Part 2._ | $ 0.00 | |
| 82. **Accounts receivable.** _Copy line 12, Part 3._ | $ 0.00 | |
| 83. **Investments.** _Copy line 17, Part 4._ | $ 0.00 | |
| 84. **Inventory.** _Copy line 23, Part 5._ | $ 24,675.00 | |
| 85. **Farming and fishing-related assets.** _Copy line 33, Part 6._ | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** _Copy line 43, Part 7._ | $ 12,700.00 | |
| 87. **Machinery, equipment, and vehicles.** _Copy line 51, Part 8._ | $ 0.00 | |
| 88. **Real property.** _Copy line 56, Part 9._ ............................................. ➜ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** _Copy line 66, Part 10._ | $ 523,790.00 | |
| 90. **All other assets.** _Copy line 78, Part 11._ | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ..........................91a. | $ 563,790.00 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92. .................................................................    $ 563,790.00    $ 563,790.00

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Hearing Associates LLC |
| United States Bankruptcy Court for the: | District of New Jersey |
| Case number (If known): | _____ |

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1** Creditor's name
Oticon Inc

Describe debtor's property that is subject to a lien

Column A: $ 1,800,000.00    Column B: $ Undetermined

Creditor's mailing address
580 Howard Ave
Po Bx 6724, Somerset, NJ 08875

Describe the lien
_____

Creditor's email address, if known
_____

Is the creditor an insider or related party?
☒ No
☐ Yes

Date debt was incurred    11/27/2018
Last 4 digits of account number    3347

Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Specify each creditor, including this creditor,
_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2** Creditor's name
_____

Describe debtor's property that is subject to a lien

$ _____    $ _____

Creditor's mailing address
_____
_____

Describe the lien
_____

Creditor's email address, if known
_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Date debt was incurred    _____
Last 4 digits of account number    _____

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 1,800,000.00

Debtor    Hearing Associates LLC
_____    Case number (if known)_____
Name

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td>Hearing Associates LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>District of New Jersey</td></tr>
<tr><td>Case number<br>(if known)</td><td></td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims 　　　12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:　List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1** Priority creditor's name and mailing address
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA, 19101-7346

As of the petition filing date, the claim is: $ Unknown 　　$
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

_____

Last 4 digits of account
number _____

Basis for the claim:
Taxes & Other Government Units

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 8 　)

**2.2** Priority creditor's name and mailing address
State Of New Jersey
Department Of Labor
PO Box 951
Trenton, NJ, 08625-0000

As of the petition filing date, the claim is: $ Undetermined 　$
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
2023

Last 4 digits of account
number _____

Basis for the claim:
Taxes & Other Government Units

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 8 　)

**2.3** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $_____　$_____
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

_____

Last 4 digits of account
number _____

Basis for the claim:

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

Debtor  Heating Associates LLC                                          Case number *(if known)*
        Name

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority
   unsecured claims, fill out and attach the Additional Page of Part 2.

<table>
<tr><td></td><td></td><td></td><td>Amount of claim</td></tr>
</table>

**3.1** Nonpriority creditor's name and mailing address
5 G Funding
c/o The Law Office Of Tara Pomarelli
30 Wall Street, 8th Floor
New York, NY, 10005

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Collection Agency

$ 24,940.74

Date or dates debt was incurred    04/04/2022

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address
Ad Corp Media Group
505 White Plans Road
Suite 218
Tarrytown, NY, 10591

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Suppliers or Vendors

$ 6,444.88

Date or dates debt was incurred    12/01/2019

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address
Advocare Arthritis Osteoporosis & Rheumatology
Associates
513 Centennial Blvd.

Voorhees, NJ, 08043

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services

$ 3,021.75

Date or dates debt was incurred    04/03/2023

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address
All In Marketing
169 Country Club  Drive

Lumberton, NJ, 08048

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Suppliers or Vendors

$ 1,759.80

Date or dates debt was incurred    12/01/2018

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.5** Nonpriority creditor's name and mailing address
American Airlines
Po Box 70602

Philadelphia, PA, 19176

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

$ 1,871.00

Date or dates debt was incurred    09/01/2022

Last 4 digits of account number    2468

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address
American Airlines Visa
Citi Cards
Po Box 9001037
Louisville, KY, 40290

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

$ 30,426.73

Date or dates debt was incurred    _____

Last 4 digits of account number    1215

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    Hearing Associates LLC _____    Case number _(if known)_ _____

          Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.7  Nonpriority creditor's name and mailing address**

Andrea Ayes
17 Acorn Hill Drive
Voorhees, NJ, 08043

**As of the petition filing date, the claim is:**   $ 93,487.00
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____

---

**3.8  Nonpriority creditor's name and mailing address**

Audacy
2400 Market Street
4th Floor
Philadelphia , PA, 19103

**As of the petition filing date, the claim is:**   $ 27,453.69
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred  12/01/2019

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.9  Nonpriority creditor's name and mailing address**

Avion Funding
c/o  David Fogel
1225 Franklin Ave, Suite 522
Garden City, NY, 11530

**As of the petition filing date, the claim is:**   $ 14,785.75
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

Date or dates debt was incurred  02/15/2022

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.10  Nonpriority creditor's name and mailing address**

Bank Of America
Po Box 15019

Wilmington, DE, 19886

**As of the petition filing date, the claim is:**   $ 1,020.57
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred  12/01/2018

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number  9401

---

**3.11  Nonpriority creditor's name and mailing address**

Basha Rainbow (Rainbow Advance)
3440 Hollywood Blvd
Suite 415
Holloywood, FL, 33021

**As of the petition filing date, the claim is:**   $ 19,964.43
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

Date or dates debt was incurred  06/10/2022

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

Debtor ___Hearing Associates LLC_____    Case number _(if known)_____
Name

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

**3.12** | **Nonpriority creditor's name and mailing address**

Best Buy
Po Box  70601

Philadelphia, PA, 19176

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4,220.96

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred    12/01/2018

Last 4 digits of account number    3935

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address**

Best Version Media (Transworld System  Inc)
Po Box 505

Brrokfield, WI, 53008

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,000.00

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred    12/01/2018

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address**

Capital One Spark ( Green)
Po Box 4069

Carol Stream , IL, 60197

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4,168.22

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred    12/01/2018

Last 4 digits of account number    7252

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address**

Capital One Spark (Blue)
Po Box 4069

Carol Stream , IL, 60197

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 7,035.64

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred    12/01/2018

Last 4 digits of account number    2709

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address**

Cash By You
c/o Kershner Sledziewski Law
200 N. La Salle Street, Suite 1550
Chicago, IL, 60601

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8,750.00

**Basis for the claim:** Collection Agency

Date or dates debt was incurred    05/16/2022

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Hearing Associates LLC | |
|---|---|---|
| | Name | |
| | | Case number (if known) _____ |

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.17**  Nonpriority creditor's name and mailing address

Chase Sapphire
Po Box 1423

Charlotte, NC, 28201

**As of the petition filing date, the claim is:**  $ 34,057.12
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred     12/01/2018

Last 4 digits of account number     5139

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.18**  Nonpriority creditor's name and mailing address

Corporate Turnaround
95 State Route 17

Paramus, NJ, 07652

**As of the petition filing date, the claim is:**  $ 484,185.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Promised to help pay creditors

Date or dates debt was incurred     12/01/2022

Last 4 digits of account number     _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.19**  Nonpriority creditor's name and mailing address

Cq Partners
Po Box 347996

Pittsburgh, PA, 15251

**As of the petition filing date, the claim is:**  $ 715,558.93
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred     12/01/2018

Last 4 digits of account number     _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.20**  Nonpriority creditor's name and mailing address

De Lange Landen
Po Box 41602

Philadelphia, PA, 19101

**As of the petition filing date, the claim is:**  $ 1,212.35
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred     12/01/2018

Last 4 digits of account number     1235

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.21**  Nonpriority creditor's name and mailing address

Discover Card
Po Box 70176

Philadelphia, PA, 19176

**As of the petition filing date, the claim is:**  $ 1,622.22
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred     12/01/2018

Last 4 digits of account number     5761

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor ___Hearing Associates LLC___          Case number _(if known)_____
         Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 22  **Nonpriority creditor's name and mailing address**

Elevation Capital Group
c/o Aubrey Thrasher
12 Powder Spring Street, Suite 240
Marietta , GA, 30064

**As of the petition filing date, the claim is:**          $ 187,050.00
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

**Date or dates debt was incurred**    06/04/2021

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.** 23  **Nonpriority creditor's name and mailing address**

Employees Perfered Insurance
26000 Cannon Road

Cleveland, OH, 44146

**As of the petition filing date, the claim is:**          $ 597.67
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    8603

---

**3.** 24  **Nonpriority creditor's name and mailing address**

Everest Business Systems
102 W 38th Street
6th Floor
New York, NY, 10018

**As of the petition filing date, the claim is:**          $ 16,032.73
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

**Date or dates debt was incurred**    07/28/2021

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.** 25  **Nonpriority creditor's name and mailing address**

Fundamental
100 Garden City Plaza
Suite 410
Garden City , NJ, 11530

**As of the petition filing date, the claim is:**          $ 3,000.00
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

**Date or dates debt was incurred**    09/13/2021

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.** 26  **Nonpriority creditor's name and mailing address**

Great American  Financial Services
Po Box 660831

Dallas, TX, 75266

**As of the petition filing date, the claim is:**          $ 4,793.58
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred**    12/01/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    017

---

Debtor _____  
     Heating Associates LLC  
     Name

Case number (*if known*) _____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 27    **Nonpriority creditor's name and mailing address**

Gsci Securties Group  
404 Walnut Ave

Williamstown, NJ, 08094

**As of the petition filing date, the claim is:**  
*Check all that apply.*  
☐ Contingent  
☐ Unliquidated  
☐ Disputed

**Basis for the claim:** Utility Services

$ 212.19

| Date or dates debt was incurred | 12/01/2018 |
|---|---|
| Last 4 digits of account number | 1290 |

**Is the claim subject to offset?**  
☑ No  
☐ Yes

---

**3.** 28    **Nonpriority creditor's name and mailing address**

Henry Pereira Heating And Cooling  
Po Box  328

Vineland, NJ, 08362

**As of the petition filing date, the claim is:**  
*Check all that apply.*  
☐ Contingent  
☐ Unliquidated  
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 674.73

| Date or dates debt was incurred | 04/15/2022 |
|---|---|
| Last 4 digits of account number | |

**Is the claim subject to offset?**  
☑ No  
☐ Yes

---

**3.** 29    **Nonpriority creditor's name and mailing address**

J & A Holdings LLC  
502 Sheppard Rd  
Voorhees, NJ, 08043

**As of the petition filing date, the claim is:**  
*Check all that apply.*  
☐ Contingent  
☐ Unliquidated  
☐ Disputed

**Basis for the claim:** Office Rent

$ Unknown

| Date or dates debt was incurred | |
|---|---|
| Last 4 digits of account number | |

**Is the claim subject to offset?**  
☑ No  
☐ Yes

---

**3.** 30    **Nonpriority creditor's name and mailing address**

Jonathan S. Ayes  
17 Acorn Hill Drive  
Voorhees, NJ, 08043

**As of the petition filing date, the claim is:**  
*Check all that apply.*  
☐ Contingent  
☐ Unliquidated  
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 472,273.00

| Date or dates debt was incurred | |
|---|---|
| Last 4 digits of account number | |

**Is the claim subject to offset?**  
☑ No  
☐ Yes

---

**3.** 31    **Nonpriority creditor's name and mailing address**

Jonathan S. Ayes  
17 Acorn Hill Drive  
Voorhees, NJ, 08043

**As of the petition filing date, the claim is:**  
*Check all that apply.*  
☐ Contingent  
☐ Unliquidated  
☐ Disputed

**Basis for the claim:** Wages

$ Undetermined

| Date or dates debt was incurred | |
|---|---|
| Last 4 digits of account number | |

**Is the claim subject to offset?**  
☑ No  
☐ Yes

---

Debtor _____Hearing Associates LLC_____    Case number (if known)_____
        Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.** 32    **Nonpriority creditor's name and mailing address**

Lethbridge Properties
600 N. Atlantic Ave
Unit 205
Collingswood, NJ, 08108

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 29,000.00**

**Basis for the claim:** Rent To Previous Landlord

Date or dates debt was incurred    12/01/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    _____

---

**3.** 33    **Nonpriority creditor's name and mailing address**

Level Nine Architects
3060 W Efferson Street

Philadelphia, PA, 19121

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 2,000.00**

**Basis for the claim:** Services

Date or dates debt was incurred    12/01/2022

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    _____

---

**3.** 34    **Nonpriority creditor's name and mailing address**

Lexus Visa
Po Box 650964

Dallas, TX, 75265

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 9,590.42**

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred    03/01/2010

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    4284

---

**3.** 35    **Nonpriority creditor's name and mailing address**

Lg Funding
c/o Joe Lieberman
Po Box 356
Cederhurst, NY, 11516

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 70,186.01**

**Basis for the claim:** Monies Loaned / Advanced

Date or dates debt was incurred    06/18/2021

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    _____

---

**3.** 36    **Nonpriority creditor's name and mailing address**

Marriott Bonvoy
Po Box 1423

Charlotte, NC, 28201

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 26,681.30**

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred    12/01/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    5073

---

Debtor _Hearing Associates LLC_____ Case number _(if known)_____
    Name

| **Part 2:** | **Additional Page** |
|---|---|

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3.** 37   **Nonpriority creditor's name and mailing address**

Maverick Bankcard
c/o Caine & Weiner
12005 Ford Road, Suite 300
Dallas , TX, 75234

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 1,788.96

**Basis for the claim:** Collection Agency

| Date or dates debt was incurred | 12/01/2018 | **Is the claim subject to offset?** |
|---|---|---|
| Last 4 digits of account number | 1967 | ☑ No  ☐ Yes |

---

**3.** 38   **Nonpriority creditor's name and mailing address**

Mg Development
187 36th Street

Pittsburg, PA, 15201

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 1,636.97

**Basis for the claim:** Suppliers or Vendors

| Date or dates debt was incurred | 12/01/2018 | **Is the claim subject to offset?** |
|---|---|---|
| Last 4 digits of account number | Cu00 | ☑ No  ☐ Yes |

---

**3.** 39   **Nonpriority creditor's name and mailing address**

Midlantic Technologie Group
3333 N. Kennioch  Ave

Arlington Heights, NJ, 6004

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 2,336.16

**Basis for the claim:** Suppliers or Vendors

| Date or dates debt was incurred | 12/01/2018 | **Is the claim subject to offset?** |
|---|---|---|
| Last 4 digits of account number | Ahh5 | ☑ No  ☐ Yes |

---

**3.** 40   **Nonpriority creditor's name and mailing address**

New Co Capital Group
c/o Ariel Bouskila
80 Broad Street, Suite 3303
New York, NY, 10004

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 44,404.50

**Basis for the claim:** Monies Loaned / Advanced

| Date or dates debt was incurred | 08/16/2021 | **Is the claim subject to offset?** |
|---|---|---|
| Last 4 digits of account number | | ☑ No  ☐ Yes |

---

**3.** 41   **Nonpriority creditor's name and mailing address**

Parkview Advance
c/o Erica Gilerman
515 Madison  Ave, Suite 8108
New York, NY, 10022

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 37,899.03

**Basis for the claim:** Monies Loaned / Advanced

| Date or dates debt was incurred | 05/06/2022 | **Is the claim subject to offset?** |
|---|---|---|
| Last 4 digits of account number | | ☑ No  ☐ Yes |

---

Debtor ___Hearing Associates LLC_____  Case number _(if known)_____
          Name

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.42**  **Nonpriority creditor's name and mailing address**

Pnc  (Loc)
Po Box 747032

Pittsburgh, PA, 15274

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unsecured Loan Repayments

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred ___01/19/2019___
Last 4 digits of account number ___4970___

$ 51,212.90

---

**3.43**  **Nonpriority creditor's name and mailing address**

Pnc ( Construction Loan)
Po Box  747066

Pittsburgh, PA, 15274

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Construction Loan

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred ___12/01/2021___
Last 4 digits of account number ___5368___

$ 28,759.08

---

**3.44**  **Nonpriority creditor's name and mailing address**

Pnc Cash Rewards Visa
Po Box 71335

Philadelphia, PA, 19176

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred ___12/01/2018___
Last 4 digits of account number ___4700___

$ 1,936.00

---

**3.45**  **Nonpriority creditor's name and mailing address**

Pnc Signture Visa
Po Box 71355

Philadelphia, PA, 17176

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred ___12/01/2018___
Last 4 digits of account number ___4899___

$ 5,550.00

---

**3.46**  **Nonpriority creditor's name and mailing address**

Pseg
Po Box 14444

New Brunswick, NJ, 08906

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number ___2601___

$ 1,241.60

Debtor    Hearing Associates LLC
          _____
          Name

Case number (if known)_____

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.47**  **Nonpriority creditor's name and mailing address**

Roc Advertising
Po Box 340353

Sacramento, CA, 95834

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 3,439.80

---

**3.48**  **Nonpriority creditor's name and mailing address**

Roc Funding Group
c/o Heitner  & Breitstein
198 US 9 , Suite 207
Manalpan, NJ, 07726

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    10/18/2021
Last 4 digits of account number    _____

$ 228,034.04

---

**3.49**  **Nonpriority creditor's name and mailing address**

Ruotolo Spewak
101 Chestnut  Ave

Mt Laurel, NJ, 08054

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 1,730.00

---

**3.50**  **Nonpriority creditor's name and mailing address**

South Jersey Magazine
110 Center Blvd

Marlton, NJ, 08053

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Collection Agency

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    02/21/2022
Last 4 digits of account number    _____

$ 3,046.00

---

**3.51**  **Nonpriority creditor's name and mailing address**

South West Visa
Po Box 1423

Charlotte , NC, 28201

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    12/01/2018
Last 4 digits of account number    0883

$ 8,143.95

---

Debtor  Hearing Associates LLC
        Name

        Case number *(if known)* _____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.52**  **Nonpriority creditor's name and mailing address**

Starkey
Po Box 856915

Minneapolis , MN, 55485

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 18,455.65

**Date or dates debt was incurred**  12/01/2018

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.53**  **Nonpriority creditor's name and mailing address**

Surburban Family
110 Center Blvd

Marlton, NJ, 08053

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Collection Agency

$ 2,501.00

**Date or dates debt was incurred**  02/25/2022

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.54**  **Nonpriority creditor's name and mailing address**

Toyota Visa
Po Box 650964

Dallas , TX, 75265

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 27,743.25

**Date or dates debt was incurred**  12/01/2018

**Last 4 digits of account number**  8904

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.55**  **Nonpriority creditor's name and mailing address**

U.S. Small Business Administration
409 3rd St, Sw

Washington, DC, 20416

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Sba Loan

$ 500,000.00

**Date or dates debt was incurred**  03/30/2022

**Last 4 digits of account number**  9108

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.56**  **Nonpriority creditor's name and mailing address**

Wb Mason
Po Box 981101

Boston, MA, 02298

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,626.75

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____Hearing Associates LLC_____ Case number _(if known)_____
        Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.** 57    Nonpriority creditor's name and mailing address

Wells Fargo Visa Signture
Po Box 77053

Minneapolis, MN, 55480

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 9,886.63

Date or dates debt was incurred    12/01/2018
Last 4 digits of account number    2919

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 58    Nonpriority creditor's name and mailing address

World Bank Of Israel
150 Clearbrook Rd,
Suite 125
Elmsford, AK, 10523

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Mortgage

$ 111,186.49

Date or dates debt was incurred    03/28/2022
Last 4 digits of account number    4783

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** ____    Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.** ____    Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.** ____    Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    Hearing Associates LLC
Name

Case number (if known)

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b.  + | $ 3,403,637.17 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 3,403,637.17 |

**Fill in this information to identify the case:**

Debtor name  Hearing Associates LLC

United States Bankruptcy Court for the:  District of New Jersey

Case number (If known): _____    Chapter  11

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>502 Sheppard Road | J & A Holdings LLC<br>502 Sheppard Rd<br>Voorhees, NJ, 08043 |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name ___Hearing Associates LLC___

United States Bankruptcy Court for the: ___District of New Jersey___

Case number (If known): _____

☐ Check if this is an
amended filing

Official Form 206H
-------------------

## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

| 1. | **Does the debtor have any codebtors?** |
|---|---|
| | ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form. |
| | ☑ Yes |

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors.** In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Jonathan S. Ayes | 17 Acorn Hill Road<br>Voorhees, NJ 08043 | Oticon Inc | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | | | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name ___Hearing Associates LLC___

United States Bankruptcy Court for the: District of New Jersey

Case number (If known): _____

❑ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

1.  **Gross revenue from business**

    ❑ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From _____<br>MM / DD / YYYY   to | Filing date | ❑ Operating a business<br>❑ Other | $_____831,954.80 |
| **For prior year:** | From _____<br>MM / DD / YYYY   to | _____<br>MM / DD / YYYY | ❑ Operating a business<br>❑ Other | $_____2,522,378.00 |
| **For the year before that:** | From _____<br>MM / DD / YYYY   to | _____<br>MM / DD / YYYY | ❑ Operating a business<br>❑ Other | $_____1,702,511.00 |

2.  **Non-business revenue**

    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☑ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From _____<br>MM / DD / YYYY   to | Filing date | _____ | $_____ |
| **For prior year:** | From _____<br>MM / DD / YYYY   to | _____<br>MM / DD / YYYY | _____ | $_____ |
| **For the year before that:** | From _____<br>MM / DD / YYYY   to | _____<br>MM / DD / YYYY | _____ | $_____ |

| Debtor | Hearing Associates LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/23 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | _____ <br> Creditor's name | | $_____ | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |
| 3.2. | _____ <br> Creditor's name | | $_____ | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | _____ <br> Insider's name <br><br> **Relationship to debtor** <br> _____ | _____ <br> _____ <br> _____ | $_____ | |
| 4.2. | _____ <br> Insider's name <br><br> **Relationship to debtor** <br> _____ | _____ <br> _____ <br> _____ | $_____ | |

Debtor    Hearing Associates LLC
_____    Case number (if known)_____
         Name

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____<br>Creditor's name | | _____ | $_____ |
| 5.2. _____<br>Creditor's name | | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____<br>Creditor's name | | _____ | $_____ |
| | Last 4 digits of account number: XXXX– _____ | | |

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number<br>_____ | | | |

| Case title | | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.2. | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number<br>_____ | | | |

Debtor    Hearing Associates LLC
_____    Case number *(if known)*_____
Name

---

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| | _____ | |
| | | Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____ | | _____ | $_____ |
| Recipient's name | | _____ | $_____ |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |
| 9.2. _____ | | _____ | $_____ |
| Recipient's name | | _____ | $_____ |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | _____ | _____ | $_____ |

---

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

| Debtor | Hearing Associates LLC | Case number *(if known)*_____ |
|---|---|---|
| | Name | |

---

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | | _____ | $_____ |
| **Trustee** | | | |
| _____ | | | |

---

| Debtor | Hearing Associates LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | Who received transfer? | | _____ | $_____ |
| | _____ | | | |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

---

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | | From _____ To _____ |
| 14.2. | | From _____ To _____ |

Debtor    Hearing Associates LLC
_____    Case number (if known)_____
Name

| Part 8: | **Health Care Bankruptcies** |

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Part 9: | **Personally Identifiable Information** |

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☒ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☒ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

Debtor _____Hearing Associates LLC_____    Case number *(if known)*_____
         Name

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>Address | | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>Address | | | ☐ No<br>☐ Yes |

| Debtor | Hearing Associates LLC | Case number *(if known)* _____ |
|--------|------------------------|------------------------------------------|
|        | Name                   |                                          |

---

**Part 11:** **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|--------------------------|--------------------------|-----------------------------|-------|
|                          |                          |                             | $_____ |
| Name                     |                          |                             |       |

---

**Part 12:** **Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|------------|----------------------------------|--------------------|----------------|
|            |                                  |                    | ☐ Pending |
| Case number | Name | | ☐ On appeal |
|            |      | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|-----------------------|-------------------------------------|-----------------------------|----------------|
| Name                  | Name                                |                             | _____ |

---

Debtor    Hearing Associates LLC
          _____    Case number (if known)_____
          Name

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____<br>Name | _____<br>Name | | _____ |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____<br>Name | | EIN: _____<br>**Dates business existed**<br><br>From _____    To _____ |
| 25.2. | _____<br>Name | | EIN: _____<br>**Dates business existed**<br><br>From _____    To _____ |
| 25.3. | _____<br>Name | | EIN: _____<br>**Dates business existed**<br><br>From _____    To _____ |

---

| Debtor | Hearing Associates LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26a.1. _____ | From _____ |
| Name | To _____ |

| Name and address | Dates of service |
|---|---|
| 26a.2. _____ | From _____ |
| Name | To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. _____ | From _____ |
| Name | To _____ |

| Name and address | Dates of service |
|---|---|
| 26b.2. _____ | From _____ |
| Name | To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. _____ | |
| Name | |

---

Debtor    Hearing Associates LLC
_____    Case number (if known)_____
Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. _____
Name | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. _____
Name |

| Name and address |
|---|
| 26d.2. _____
Name |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. _____
Name |

Debtor    Hearing Associates LLC
_____    Case number *(if known)*_____
Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.2.    _____
Name

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| | | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____ | _____ | _____ | |
| Name | | _____ | |
| | | _____ | |
| Relationship to debtor | | _____ | |
| _____ | | | |

Debtor    Hearing Associates LLC                                    Case number (if known)_____
            Name

| Name and address of recipient | | |
|---|---|---|
| 30.2 | _____ | _____ |
| Name | | _____ |
| | | _____ |
| | | _____ |
| Relationship to debtor | | _____ |
| _____ | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _____ |

---

**Part 14:     Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    08/15/2023
              MM  / DD  / YYYY

✖ /s/ Jonathan S. Ayes                          Printed name  Jonathan S. Ayes
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  Owner

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No
☐ Yes

---

**Fill in this information to identify the case and this filing:**

Debtor Name ___Hearing Associates LLC___

United States Bankruptcy Court for the: ___District of New Jersey___

Case number (*If known*): _____

---

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☑ *Schedule H: Codebtors* (Official Form 206H)

- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

- ☐ Amended *Schedule* ____

- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___08/15/2023___          ✖ /s/ Jonathan S. Ayes
          MM / DD / YYYY                 Signature of individual signing on behalf of debtor

                                        Jonathan S. Ayes
                                        Printed name

                                        Owner
                                        Position or relationship to debtor

United States Bankruptcy Court

District of New Jersey

In re:  Hearing Associates LLC

Case No.

Chapter    11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is
true and correct to the best of their knowledge.

Date: _____08/15/2023_____

/s/ Jonathan S. Ayes
_____
Signature of Individual signing on behalf of debtor

Owner
_____
Position or relationship to debtor

5 G Funding
c/o The Law Office Of Tara Pomarelli
30 Wall Street, 8th Floor
New York, NY 10005

Ad Corp Media Group
505 White Plans Road
Suite 218
Tarrytown, NY 10591

Advocare Arthritis Osteoporosis & Rheumatolog
513 Centennial Blvd.
Voorhees, NJ 08043

All In Marketing
169 Country Club  Drive
Lumberton, NJ 08048

American Airlines
Po Box 70602
Philadelphia, PA 19176

American Airlines Visa
Citi Cards
Po Box 9001037
Louisville, KY 40290

Andrea Ayes
17 Acorn Hill Drive
Voorhees, NJ 08043

Audacy
2400 Market Street
4th Floor
Philadelphia , PA 19103

Avion Funding
c/o  David Fogel
1225 Franklin Ave, Suite 522
Garden City, NY 11530

Bank Of America
Po Box 15019
Wilmington, DE 19886

Basha Rainbow (Rainbow Advance)
3440 Hollywood Blvd
Suite 415
Holloywood, FL 33021

Best Buy
Po Box  70601
Philadelphia, PA 19176

Best Version Media (Transworld System  Inc)
Po Box 505
Brrokfield, WI 53008

Capital One Spark ( Green)
Po Box 4069
Carol Stream , IL 60197

Capital One Spark (Blue)
Po Box 4069
Carol Stream , IL 60197

Cash By You
c/o Kershner Sledziewski Law
200 N. La Salle Street, Suite 1550
Chicago, IL 60601

Chase Sapphire
Po Box 1423
Charlotte, NC 28201

Corporate Turnaround
95 State Route 17
Paramus, NJ 07652

Cq Partners
Po Box 347996
Pittsburgh, PA 15251

De Lange Landen
Po Box 41602
Philadelphia, PA 19101

Discover Card
Po Box 70176
Philadelphia, PA 19176

Elevation Capital Group
c/o Aubrey Thrasher
12 Powder Spring Street, Suite 240
Marietta  , GA 30064

Employees Perfered Insurance
26000 Cannon Road
Cleveland, OH 44146

Everest Business Systems
102 W 38th Street
6th Floor
New York, NY 10018

Fundamental
100 Garden City Plaza
Suite 410
Garden City , NJ 11530

Great American  Financial Services
Po Box 660831
Dallas, TX 75266

Gsci Securties Group
404 Walnut Ave
Williamstown, NJ 08094

Henry Pereira Heating And Cooling
Po Box  328
Vineland, NJ 08362

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

J & A Holdings LLC
502 Sheppard Rd
Voorhees, NJ 08043

Jonathan S. Ayes
17 Acorn Hill Drive
Voorhees, NJ 08043

Jonathan S. Ayes
17 Acorn Hill Road
Voorhees, NJ 08043

Lethbridge Properties
600 N. Atlantic Ave
Unit 205
Collingswood, NJ 08108

Level Nine Architects
3060 W Efferson Street
Philadelphia, PA 19121

Lexus Visa
Po Box 650964
Dallas, TX 75265

Lg Funding
c/o Joe Lieberman
Po Box 356
Cederhurst, NY 11516

Marriott Bonvoy
Po Box 1423
Charlotte, NC 28201

Maverick Bankcard
c/o Caine & Weiner
12005 Ford Road, Suite 300
Dallas , TX 75234

Mg Development
187 36th Street
Pittsburg, PA 15201

Midlantic Technologie Group
3333 N. Kennioch  Ave
Arlington Heights, NJ 6004

New Co Capital Group
c/o Ariel Bouskila
80 Broad Street, Suite 3303
New York, NY 10004

Oticon Inc
580 Howard Ave
Po Bx 6724
Somerset, NJ 08875

Parkview Advance
c/o Erica Gilerman
515 Madison  Ave, Suite 8108
New York, NY 10022

Pnc  (Loc)
Po Box 747032
Pittsburgh, PA 15274

Pnc ( Construction Loan)
Po Box  747066
Pittsburgh, PA 15274

Pnc Cash Rewards Visa
Po Box 71335
Philadelphia, PA 19176

Pnc Signture Visa
Po Box 71355
Philadelphia, PA 17176

Pseg
Po Box 14444
New Brunswick, NJ 08906

Roc Advertising
Po Box 340353
Sacramento, CA 95834

Roc Funding Group
c/o Heitner  & Breitstein
198 US 9 , Suite 207
Manalpan, NJ 07726

Ruotolo Spewak
101 Chestnut  Ave
Mt Laurel, NJ 08054

South Jersey Magazine
110 Center Blvd
Marlton, NJ 08053

South West Visa
Po Box 1423
Charlotte , NC 28201

Starkey
Po Box 856915
Minneapolis , MN 55485

State Of New Jersey
Department Of Labor
PO Box 951
Trenton, NJ 08625-0000

Surburban Family
110 Center Blvd
Marlton, NJ 08053

Toyota Visa
Po Box 650964
Dallas , TX 75265

U.S. Small Business Administration
409 3rd St, Sw
Washington, DC 20416

Wb Mason
Po Box 981101
Boston, MA 02298

Wells Fargo Visa Signture
Po Box 77053
Minneapolis, MN 55480

World Bank Of Israel
150 Clearbrook Rd,
Suite 125

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

_____
District of New Jersey

**In re**  Hearing Associates LLC

Case No. _____

**Debtor**

Chapter ^11 _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ FLAT FEE

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . $_____

Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

☑ RETAINER

For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . . $ 4,000.00_____

The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . $ 400.00_____

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.  [Other provisions as needed]

(a) Advising the Client with respect to its powers and duties in the continued management and operation of its business as debtor-in-possession, including the rights and remedies of the Debtor with respect to its assets and claims and with respect to the claims of creditors.

(b) Advising the Client with respect to preparing and obtaining approval of its Disclosure Statement and Plan.

(c) Preparing on behalf of the Client, as debtor-in-possession, necessary applications, motions, complaints, answers, orders, reports and other pleadings and documents.

(d) Appearing before this Court and other officials and tribunals, if necessary, and protecting the interests of the Client in federal, state and foreign jurisdictions and administrative proceedings.

(e) Negotiating and preparing documents relating to the liquidation and disposition of assets, as requested by the Client.

(f) Advising the Client concerning the day-to-day operations of its business in conjunction with the administration of his estate as debtor-in-possession.

(g) Performing such other legal services for the Client, as debtor-in-possession, as may be necessary and appropriate herein.

  (h) Provide general guidance in connection with the proceeding.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

08/15/2023

*Date*

/s/ Robert Johnson, NJ - 0077

*Signature of Attorney*

ROBERT H JOHNSON LLC

*Name of law firm*

1818 Old Cuthbert Road
Suite 107
CHERRY HILL, NJ 08034